IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                           PLAINTIFF

V.              CASE NO. 2:18-CV-00031-JM-JTK

WELLS FARGO BANK, N.A.                                          DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. The parties, therefore, are ordered to arbitration and these proceedings are stayed pending arbitration.

SO ORDERED this 6th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE