IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAVID LIBRACE**                                                                                              **PLAINTIFF**

v.                              Case No. 2:18-cv-00031-LPR-JTK

**WELLS FARGO, NA**                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on June 23, 2020 it is considered, ordered, and adjudged that Defendant's Motion to Confirm Arbitration Award and for Entry of Judgment (Doc. 52) is GRANTED, and judgment is entered for the Defendant in the amount of $26,842.90.

IT IS SO ADJUDGED this 23rd day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE